511 THIS DOCUMENT WILL BECOME A LEGALLY BINDING CONTRACT WHEN SIGNED BY ALL PARTIES AND DELIVERED TO THE PARTIES OR THEIR AGENTS.
512 THE PARTIES REPRESENT THAT THE TEXT OF THIS COPYRIGHTED FORM HAS NOT BEEN ALTERED AND IS IDENTICAL TO THE OFFICIAL
513 MULTI-BOARD RESIDENTIAL REAL ESTATE CONTRACT 6.1.

514 4/17/2016 — 4/17/16
515 Date of Offer — DATE OF ACCEPTANCE
516 *Randall Ewing* [signature] — [signature] on Behalf
517 Buyer Signature — of 1645 W Farragut, LLC
518 *Yasmany Gomez* [signature] — Seller Signature
519 Buyer Signature — ERIK CARRIER
520 Randall Ewing — Yasmany Gomez — Seller Signature
521 Print Buyer(s) Name(s) [Required] — Print Seller(s) Name(s) [Required]
522 — 1658 N Milwaukee Ave, Suite 102
523 Address — Address
524 — Chicago, IL 60647
525 City / State / Zip — City / State / Zip
526 — 773-234-9524
527 Phone / E-mail — Phone: ecarrier@redstarpropertymanagement.com E-mail

528 FOR INFORMATION ONLY
529 Redfin Corporation — D'Aprile Properties 86404
530 Buyer's Brokerage / MLS # / State License # — Seller's Brokerage / MLS # / State License #
531 1200 N. Ashland Suite 500  Chicago  60622 — 1732 W Hubbard, Chicago, IL 60622
532 Address / City / Zip — Address / City / Zip
533 Tim Zielonka  176341 — ERIK CARRIER  85287
534 Buyer's Designated Agent / MLS # / State License # — Seller's Designated Agent / MLS # / State License #
535 (773) 789-7349
536 Phone / Fax — Phone / Fax
537 tim.zielonka@redfin.com; tim.zielonka@redfin.com
538 E-mail — E-mail

540 Buyer's Attorney / E-mail — Seller's Attorney / E-mail
542 Address / City / State / Zip — Address / City / State / Zip
544 Phone / Fax — Phone / Fax
546 Mortgage Company / Phone — Homeowner's/Condo Association (if any) Phone
548 Loan Officer / Phone/Fax — Management Co./Other Contact / Phone
550 Loan Officer E-mail — Management Co./Other Contact E-mail

551 **Illinois Real Estate License Law requires all offers be presented in a timely manner; Buyer requests verification that this offer was presented.**
552 Seller rejection: This offer was presented to Seller on _____, 20__ at __:__ A.M./P.M. and rejected on
553 _____, 20__ at __:__ A.M./P.M. [Seller Initials]
554 © 2015, Illinois Real Estate Lawyers Association. All rights reserved. Unauthorized duplication or alteration of this form or any portion thereof is prohibited. Official form available at
555 www.irela.org (website of Illinois Real Estate Lawyers Association). Approved by the following organizations, September 2015: Illinois Real Estate Lawyers Association · DuPage County Bar Association ·
556 McHenry County Bar Association · Northwest Suburban Bar Association · Will County Bar Association · Belvidere Board of REALTORS® · Chicago Association of REALTORS® · Heartland REALTOR®
557 Organization · Hometown Association of REALTORS® · Illini Valley Association of REALTORS® · Kankakee-Iroquois-Ford County Association of REALTORS® · Mainstreet Organization of
558 REALTORS® · North Shore-Barrington Association of REALTORS® · Oak Park Area Association of REALTORS® · REALTOR® Association of the Fox Valley, Inc. · Three Rivers Association of
559 REALTORS®

Buyer Initial [RPE]  Buyer Initial [YG]   Seller Initial [initial]   Seller Initial ____
Address: 1645 W Farragut Ave, Chicago, Illinois 60640
Page 13 of 13                                                              v6.1